UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE JARRETT,

        Plaintiff,                      No. 14-10410

v.                                 District Judge Stephen J. Murphy
                                 Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

        Defendants.

_____/

### ORDER DENYING APPOINTMENT OF COUNSEL

On January 27, 2014, Plaintiff Clarence Jarrett, a prison inmate in the custody of the Michigan Department of Corrections, filed a *pro se* civil complaint pursuant to 42 U.S.C. § 1983. Before the Court is his Motion for Appointment of an Attorney [Doc. #3].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. At this point, Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

-1-

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel

[Docket #3] is **DENIED WITHOUT PREJUDICE**.

Dated: March 17, 2014                    s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on
March 17, 2014,electronically and/or by U.S. mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable R. Steven Whalen