UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE JARRETT,

      Plaintiff,                        No. 14-10410

v.                                     District Judge Stephen J. Murphy
                                       Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

      Defendants.
                               /

**ORDER**

Before the Court are Defendant Corizon Health, Inc.'s ("Corizon's") Motion to Quash Subpoena [Doc. #51] and the Michigan Department of Corrections ["MDOC"] Defendants' Motion to Quash Subpoena [Doc. #52].

Fed.R.Civ.P. 45(a)(3) provides that a subpoena must be authorized by either the Clerk of the Court or an attorney authorized to practice in this Court. Neither of the subpoenas at issue in these motions is so authorized; rather, they are both signed by the Plaintiff.

I also note since both Corizon and the MDOC are parties, Rule 45 subpoenas are not the proper vehicles for discovery.

Accordingly, the motions to quash [Doc. #51 and Doc. #52] are GRANTED.

-1-

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 3, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager